**Stay Lifted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 3, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00653-CV

## IN RE CENTERPOINT ENERGY RESOURCES CORP., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-77634**

## MEMORANDUM OPINION

On September 5, 2024, relator CenterPoint Energy Resources Corp., filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Brittanye Morris, presiding judge of the 333rd District Court of Harris County, to hear and rule on several pending motions. We granted a temporary stay of the trial setting in the underlying proceeding on September 6, 2024.

On September 27, 2024, counsel for relator notified this Court by letter that respondent conducted an oral hearing and ruled on pending motions. According to relator, "[t]he trial court's rulings render moot [relator's] petition for writ of mandamus seeking to compel the trial judge to hear and rule on motions."

A petition for a writ of mandamus for failure to rule is dismissed as moot when the trial court rules after the petition for writ of mandamus is filed. *See In re 4KBC Trucking, LLC*, No. 14-23-00675-CV, 2023 WL 7141209, at *1 (Tex. App.—Houston [14th Dist.] Oct. 31, 2023, orig. proceeding). We dismiss relators' petition for writ of mandamus as moot. Our earlier stay order is lifted.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.